UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ERIE INSURANCE COMPANY
as subrogee of ROBERT RICKER III,

                Plaintiff,

v.                                      Docket No.: 5:24-cv-200

VENOM GROUP INTERNATIONAL, and
AMAZON.COM, INC.,

                Defendants.

---

## NOTICE OF DISMISSAL

**WHEREAS**, defendant, Venom Group International has yet to answer or otherwise appear in this lawsuit;

**NOW, THEREFORE**, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff agrees to dismiss this action solely against defendant Venom Group International.

Dated:     March 20, 2024
             Buffalo, New York

                              **RUPP PFALZGRAF LLC**
                              Attorneys for the Plaintiff,
                              Erie Insurance Company
                              as subrogee of Robert Ricker III

                              By: s/ James Graber
                                  Marco Cercone, Esq., of Counsel
                                  James Graber, Esq., of Counsel
                              1600 Liberty Building
                              Buffalo, New York 14202-3502
                              (716) 854-3400